# GLADSTEIN, REIF & MEGINNISS, LLP
**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| AMY GLADSTEIN | 39 BROADWAY • SUITE 2430 | JUDITH I. PADOW |
| JAMES REIF | NEW YORK, NEW YORK 10006 | YVONNE BROWN |
| WALTER M. MEGINNISS, JR. | (212) 228-7727 | *Of Counsel* |
| KENT Y. HIROZAWA | FAX: (212) 228-7654 | |
| BETH M. MARGOLIS | | |
| WILLIAM S. MASSEY * | | |
| AMELIA K. TUMINARO | | |
| KATHERINE H. HANSEN * | | |
| JESSICA E. HARRIS * | | |
| HYUNGWOO DAVID KIM | | |

* ALSO ADMITTED IN NJ

January 12, 2023

**VIA ECF**

Magistrate Judge James R. Cho
United States District Court – E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Poor v. Starbucks Corporation,* **22-cv-7255 (ARR) (JRC)**

Dear Magistrate Judge Cho:

    This firm represents non-parties Justin Wooster and Joselyn Chuquillanqui, former employees of Starbucks Corporation whom Starbucks served with subpoenas to produce documents and testimony in connection with this case.

    We write in response to the letters filed today by the parties [Doc. # 40] and the Union [Doc. # 41] to advise the Court that Mr. Wooster and Ms. Chuquillanqui intend to serve Starbucks with objections and responses to the subpoenas tomorrow, January 13, 2023. We will meet and confer with Starbucks about the same before seeking the Court's assistance in resolving any remaining disputes in accordance with the Court's Individual Practices.

                                            Very truly yours,

                                            /s/ Jessica Harris
                                            Jessica Harris