AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| TERESA POOR | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:22-cv-07255-ARR-JRC |
| STARBUCKS CORPORATION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner Teresa Poor, for and on behalf of the National Labor Relations Board.

Date: August 9, 2023

*Attorney's signature*

James Corey Rucker - 2758464 (NY)
*Printed name and bar number*

26 Federal Plaza, Suite 3614
New York, NY 10278
*Address*

jamie.rucker@nlrb.gov
*E-mail address*

(212) 776-8642
*Telephone number*

(212) 264.2450
*FAX number*