**UNITED STATES GOVERNMENT**
**NATIONAL LABOR RELATIONS BOARD**

REGION 29
Two MetroTech Center, Suite 5100
Brooklyn, NY 11201-3838

Agency Website: www.nlrb.gov
Telephone: (718) 330-7713
Fax: (718) 330-7579

Agent's Direct Dial: (212) 776-8642

September 11, 2023

**Via ECF**

Magistrate Judge James R. Cho
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                              Re:    *Poor v. Starbucks Corp.*
                                          No. 22-CV-7255 (ARR)(JRC)

Dear Judge Cho:

I write to advise you that Petitioner in the above-referenced matter will not be submitting any response to the Subpoenaed Non-Parties' Motion to Stay. As noted in the opening paragraph of that motion, Petitioner takes no position on the motion.

This is being filed as a letter action rather than an opposition to a motion because Petitioner neither opposes nor supports the Motion to Stay.

                                          Yours truly,

                                          /s/ Jamie Rucker

                                          Jamie Rucker
                                          Counsel for Petitioner

cc:    Christina E. Gallo
       Cohen, Weiss & Simon, LLP
       900 Third Avenue, Suite 2100
       New York, NY 10022
       cgallo@cwsny.com

       Jessica E. Harris
       Gladstein, Reif & Meginniss, LLP
       39 Broadway, Suite 2430
       New York, NY 10006
       jharris@grmny.com

*Poor v. Starbucks Corp.* - 2 - September 11, 2023
No. 22-CV-7255 (ARR)(JRC)

Jedd Mendelson
Littler Mendelson, P.C.
One Newark Center
1085 Raymond Blvd., Eighth Floor
Newark, NJ 07102
jmendelson@littler.com

Adam-Paul Tuzzo
Littler Mendelson, P.C.
111East Kilbourn Ave., Suite 1000
Milwaukee, WI 53202
atuzzo@littler.com