UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA POOR, Regional Director of Region 29 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD<br><br>Petitioner<br><br>v.<br><br>STARBUCKS CORPORATION<br><br>Respondent | Case No. 1:22-cv-07255-ARR-JRC<br><br>ORDER |

In accordance with the Stipulation and Request for Dismissal filed by the Petitioner, the Court hereby orders that any and all claims brought against Respondent in this matter are hereby **DISMISSED** without prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: ___August 15___, 2024

/s/(ARR)
_____
The Honorable Allyne R. Ross
United States District Court Judge

*Presented by:*

/s/ Matthew A. Jackson
Matthew A. Jackson
matthew.jackson@nlrb.gov

Attorney for Petitioner

*Approved as to form and content,*
*Notice of Presentation Waived*:

/s/ Jeffrey Hiller
Jeffrey Hiller
jhiller@littler.com

Attorney for Respondent